We also conclude that the BIA did not abuse its discretion in denying as untimely Vicente's February 2007 motion to reopen the BIA's April 2006 final order, *see* 8 U.S.C. § 1229a(c)(7)(C)(i) (motion to reopen must be filed within 90 days of final removal order); in refusing to equitably toll the time limit; and in denying Vicente's motion for reconsideration of the denial to reopen. *See Kanyi v. Gonzales,* 406 F.3d 1087, 1089 (8th Cir.2005) (standard of review for denial of motion to reopen); *Esenwah v. Ashcroft,* 378 F.3d 763, 765 (8th Cir.2004) (standard of review for denial of motion for reconsideration).

Accordingly, we deny the petitions and the motion for remand to the BIA. Vicente moved for a stay of removal before his voluntary-departure period expired, and we therefore deem this court's grant of his unopposed motion to include a stay of the voluntary-departure period as well. *See Rife v. Ashcroft,* 374 F.3d 606, 616 (8th Cir.2004).

Hoangson D. Tran, Oakdale, MN, pro se.

Kristyn Anderson, Jennifer Ann Service, Attorney General's Office, St. Paul, MN, for Appellee.

Before WOLLMAN, COLLOTON, and BENTON, Circuit Judges.

PER CURIAM.

Hoangson Tran appeals the district court's[1] adverse grant of summary judgment in his Title VII discrimination and retaliation action. After reviewing the record de novo, viewing the evidence and all reasonable inferences from it in a light most favorable to Tran, *see Johnson v. Blaukat,* 453 F.3d 1108, 1112 (8th Cir.2006) (standard of review), we conclude summary judgment was proper for the reasons stated by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

**Hoangson D. TRAN, Appellant,**

v.

**MINNESOTA DEPARTMENT OF TRANSPORTATION,**
Appellee.

No. 06–3992.

United States Court of Appeals,
Eighth Circuit.

Submitted: Jan. 4, 2008.

Filed: Jan. 11, 2008.

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Sharon OTEY, also known as Sharon Nephilim, Defendant–Appellant.**

No. 07–1262.

United States Court of Appeals,
Eighth Circuit.

Submitted: Nov. 16, 2007.

Filed: Jan. 11, 2008.

---

1. The Honorable David S. Doty, United States District Judge for the District of Minnesota.